**Order entered July 31, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00102-CV

## ESTATE OF FREDERIC B. ASCHE, JR., DECEASED

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-11-3533-2**

## ORDER

The Court **GRANTS** cross-appellants' July 30, 2015 motion to extend time to file their

cross-appellants' brief. We **ORDER** the cross-appellants' brief filed by **AUGUST 31, 2015**.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE